JOSEPH T. MCNALLY  
Acting United States Attorney  
DAVID M. HARRIS  
Assistant United States Attorney  
Chief, Civil Division  
CEDINA M. KIM  
Assistant United States Attorney  
Senior Trial Attorney, Civil Division  
MICHELLE A. PAVELEK  
Special Assistant United States Attorney  
CA State Bar No.: 300642  
   Social Security Administration  
   Office of Program Litigation, Office 7  
   6401 Security Boulevard  
   Baltimore, MD 21235  
Tel: (510) 970-4862  
Fax: (415) 744-0134  
E-mail: michelle.a.pavelek@ssa.gov  

Attorneys for Defendant

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| JULIANNA SAVIC, <br><br>     Plaintiff, <br><br>     v. <br><br> MICHELLE KING, <br> Acting Commissioner of Social Security, <br><br>     Defendant. | No. 5:24-cv-02052-RAO <br><br> [~~PROPOSED~~] <br> **JUDGMENT OF REMAND** |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

/ / /

/ / /

/ / /

1     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-
2 captioned action is remanded to the Commissioner of Social Security for further
3 proceedings consistent with the Stipulation of Remand.

6 DATED:   1/31/2025

HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE